```
ADAM WANG (SBN 201233
DAL BON & WANG
12 S First Street, Suite 613
San Jose, Ca 95113
Tel:   408-292-1040
Fax:   408-292-1045

Attorney For Plaintiff
FENG CHEN
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENG CHEN, | Case No: C07-04433 CRB |
| Plaintiff, | JURY DEMAND |
| vs. | |
| GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10 | |
| Defendants | |

Plaintiff demands a trial by jury of all causes of action alleged in his Complaint.

Dated: August 27, 2007                                   DAL BON & WANG

                                                         By: _____
                                                             Adam Wang
                                                             Attorney for Plaintiff
                                                             Peng Chen

1

**COMPLAINT**