DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation
Richard C. Rybicki (CSB No. 160096)
Email: rrybicki@dpf-law.com
Gregory J. Walsh (CSB No. 209763)
Email: gwalsh@dpf-law.com
Marlo S. Cohen (CSB 247311)
Email: mcohen@dpf-law.com
50 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404-4922
Telephone: (707) 524-7000
Facsimile:  (707) 546-6800

Attorneys for Defendant
GOLDEN EAGLE GROUP, INC. dba
PEKING PLACE, WEN-YING LIN LO (incorrectly named as Wenying L Lo)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENG CHEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10,<br><br>　　　　Defendants. | CASE NO. C07 04433 JL<br><br>**DECLARATION OF MARIE H. EDDY REGARDING ATTEMPTS TO E-FILE ANSWER TO COMPLAINT AND DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE VIA ECF WEBSITE**<br><br>Action Filed:　August 28, 2007<br>Trial Date:　　Not Yet Set |

I, Marie H. Eddy, declare as follows:

　　1.　　I am a secretary to Gregory J. Walsh, an associate with Dickenson, Peatman & Fogarty, attorneys for defendants Golden Eagle Group, Inc. dba Peking Palace and Wen-Ying Lin Lo in the above-captioned matter.  I am over the age of 18 years, and not a party to this action.  I have personal knowledge of the facts stated in this Declaration and if called, would testify truthfully to them.

1

2.    On September 24, 2007, I attempted to file Defendants' Answer to Plaintiff's Complaint and Declination to Proceed Before a Magistrate Judge with the Court by ECF filing. My first attempt to enter the ECF-Pacer section of the United States District Court-Northern District's website, was at approximately 2:10 p.m. at which time I received a message indicating that Internet Explorer could not display the website.

`    3.    I attempted to file the documents again at 2:50 p.m. and still could not access the ECF website. I called and spoke with the Clerk, who informed me that the website was down and that General Order No. 45 was in effect, if I could not file the document before midnight.

4.    I attempted to file the documents again at 4:00 p.m., 5:00 p.m. and 5:25 p.m. A 5:25 p.m., I read the "Public Announcement" on the Court's website indicating that the CM/ECF system was shut down to the public due to technical difficulties and it was unknown when the problem would be corrected. The announcement also noted that since this problem had gone on for so long, GO45, section VI.E. was now in effect.

4.    I attempted to file the Answer to Complaint several times during the evening, up to and including, 11:00 p.m., and was not able to access the site.

5.    On September 25, 2007, I called the U.S. District Court and asked about the ECF website and was advised that it was still unavailable and that I could manually file or fax and file our document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 25, 2007            /s/
                                     Marie H. Eddy