1  DICKENSON, PEATMAN & FOGARTY
   A Professional Law Corporation
2  Richard C. Rybicki (CSB Bar No. 160096)
   Email: rrybicki@dpf-law.com
3  Gregory J. Walsh (CSB No. 209763)
   Email: gwalsh@dpf-law.com
4  Marlo S. Cohen (CSB 247311)
   Email: mcohen@dpf-law.com
5  50 Old Courthouse Square, Suite 200
   Santa Rosa, CA 95404-4922
6  Telephone: (707) 524-7000
   Facsimile:  (707) 546-6800
7
   Attorneys for Defendants
8  GOLDEN EAGLE GROUP, INC. DBA PEKING
   PALACE and WEN-YING L LO (incorrectly named
9  Wenying L Lo)

10

11              UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | FENG CHEN,                              | CASE NO. C07 04433 JL
14 |         Plaintiff,                      | **DECLINATION TO PROCEED BEFORE
15 |     vs.                                 | A MAGISTRATE JUDGE AND REQUEST
   |                                         | FOR REASSIGNMENT TO A UNITED
16 | GOLDEN EAGLE GROUP, INC. DBA            | STATES DISTRICT JUDGE**
   | PEKING PALACE, WENYING L LO,            |
17 | AND DOES 1-10,                          | Action Filed:  August 28, 2007
   |                                         | Trial Date:    Not Yet Set
18 |         Defendants.                     |

19

20

21

22

23

24

25

26

27

28

**Declination to Proceed Before Magistrate Judge**                    Case No.  C07 04433 JL

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

September 24, 2007
DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation

By: /s/
 Richard C. Rybicki
 Gregory J. Walsh
 Marlo S. Cohen
 Attorneys for Defendants,
 GOLDEN EAGLE GROUP, INC. DBA
 PEKING PALACE and WEN-YING L LO