**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

FENG CHEN

NO. CV 07-04433 CRB

11        Plaintiff,
   v.

**CLERK'S NOTICE RE: FAILURE
TO FILE ELECTRONICALLY
AND/OR REGISTER AS AN E-
FILER**

12

13

GOLDEN EAGLE GROUP, INC., ET AL
        Defendant.
                                        /

14
15

16

On **August 28, 2007**, counsel for **plaintiff Feng Chen** filed a **Complaint (document no. 1) and
Demand for Trial by Jury (document no. 3)** manually, on paper. This case has been designated for
electronic filing, pursuant to Local Rule 5-4 and General Order 45.

17
18
19

20

The above mentioned paper document has been filed and docketed. However, General Order 45
provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
presumptively designated" as e-filing cases. Therefore, counsel for **plaintiff Feng Chen** should submit
the **abovementioned documents**, in PDF format within 10 days, as an attachment in an *e-mail* message
directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the
**Judges** button and follow the procedure listed there). Do *not* e-file a document which has been
previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should
be e-filed.

21
22
23
24
25
26
27
28

1  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

2  become an ECF User and be assigned a user ID and password for access to the system upon designation

3  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

4  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

5  at ecf.cand.uscourts.gov.

6  Dated: September 28, 2007                          Maria Loo
                                                       Deputy Clerk

**United States District Court**
For the Northern District of California

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2