**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENG CHEN, | No. C 07-04433 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| GOLDEN EAGLE GROUP, INC., ET AL, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, December 7, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   October 2, 2007                                                          FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
       Barbara Espinoza
       Courtroom Deputy