1  JEFFREY A. CHEN, ESQ. (CSB #189514)
   Law Offices of Jeffrey A. Chen
2  275 Fifth Street, 4th Floor
   San Francisco, California  94103
3  Telephone: (415) 348-6269
   Facsimile: (415) 358-8046
4
   Attorney for Defendants
5  GOLDEN EAGLE GROUP, INC. DBA
   PEKING PALACE AND WEN-YING LIN LO
6

7

8

9

10                     UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14  FENG CHEN,                          )   **Case No.: C07 04433 JL**
                                        )
15              Plaintiff,              )   **SUBSTITUTION OF ATTORNEY**
                                        )
16       vs.                            )
                                        )
17  GOLDEN EAGLE GROUP, INC. DBA        )
    PEKING PALACE, WENYING L LO, AND    )
18  DOES 1-10,                          )
                                        )
19              Defendants.             )
                                        )
20

21

22       Defendants GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE and WEN-YING LIN

    LO (incorrectly named as WENYING L LO) hereby substitute Jeffrey A. Chen, Esq., California State
23
    Bar Number 189514, who is retained counsel and located at 275 Fifth Street, 4th Floor, San Francisco,
24

25

1  California 94103, telephone (415) 348-6269, facsimile (415) 358-8046, as attorney of record in place

2  and stead of Dickenson, Peatman & Fogarty.

3

4  Dated: 11/28/07

5                                                    Golden Eagle Group, Inc.
                                                     dba Peking Palace

6

                                                     Wen-Ying Lin Lo, President

7  Dated: 11/28/07

8

9                                                    Wen-Ying Lin Lo, Individually

10

11     I consent to the above substitution.

12  Dated: 11/27/07

                                                     Dickenson, Peatman & Fogarty

13

14

                                                     Gregory J. Walsh, Esq.

15     I consent to this substitution and am duly licensed to practice in this district.

16

17  Dated: 11/28/07

                                                     Law Offices of Jeffrey A. Chen

18

19

                                                     Jeffrey A. Chen, Esq.

20                                                   Attorney for Defendants
                                                     GOLDEN EAGLE GROUP, INC. DBA

21                                                   PEKING PALACE and WEN-YIN LIN LO

22

23

24

25

SUBSTITUTION OF ATTORNEY                                                          Page 2

**PROOF OF SERVICE**

1

2    I declare that:

3    I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 275 Fifth
4    Street, 4th Floor, San Francisco, California 94103.

5    On November 28, 2007, I served the attached **DEFENDANTS' SUBSTITUTION OF ATTORNEY** by placing true copies thereof in sealed envelopes addressed as follows:
6

7    Adam Wang, Esq.
     Del Bon & Wang
8    12 South First Street, Suite 613
     San Jose, CA 95113
9    Fax No.: (408) 292-1045

10   __X__ (By Mail) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary
11   business practices. I am readily familiar with the practice of the Law Offices of Jeffrey A. Chen for processing of correspondence, said practice being that in the ordinary course of business,
12   correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

13
     _____ (By Overnight Mail) I caused such envelope deposited with Federal Express for next
14   business day delivery to the addressee(s) noted above.

15   _____ (By Personal Service) I caused such envelope to be hand-delivered by a messenger to the addressee(s) noted above, or be left with the receptionist or with a person having charge of the
16   attorney's office.

17   _____ (By Facsimile) I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.
18

19   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 28, 2007, at San Francisco, California.

20

21                                                Jeffrey A. Chen

22

23

24

25