**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Chen, | 07-04433 CRB MED |
|         Plaintiff(s), | **Notice of Appointment of Mediator** |
|    v. | |
| Golden Eagle Group, Inc., | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

    **Jean C. Gaskill**
    Attorney at Law
    1251 Bay St.
    Alameda, CA 94501
    510-521-7108
    gaskillj@alamedanet.net

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04433 CRB MED                         - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: December 6, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
[Alice_Fiel@cand.uscourts.gov](Alice_Fiel@cand.uscourts.gov)

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04433 CRB MED                         - 2 -