**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 7, 2007**

**C-07-04433** CRB

**FENG CHEN** v. **GOLDEN EAGLE GROUP, INC., ET AL**

| Attorneys: | Adam Wang | Jeffrey Chen |
|---|---|---|
| | | |

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Not Reported**

**PROCEEDINGS:**                                                                 **RULING:**

1. Initial Case Management Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For:

(X) CASE CONTINUED TO February 29, 2008 @ 8:30 a.m. for  Further Case Management Conference

Discovery Cut-Off _____     Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
           Type of Trial:   ( )Jury     ( )Court

Notes: