**JEAN C. GASKILL**

Phone: (510) 521-7108                1251 Bay Street
**Fax:  (510) 521-7108**           Alameda**, CA  94501**
gaskillj@alamedanet.net        Attorney at Law
                               Arbitrator/Mediator

December 8, 2007


Adam Q. Wang
Dal Bon & Wang
12 South First Street, Suite 613
San Jose, CA  95113

Jeffrey Andrew Chen
Law Offices of Jeffrey A. Chen
275 Fifth Street, 4th Floor
San Francisco, CA  94103

Gregory J. Walsh
Dickenson Peatman & Fogarty PC
50 Old Courthouse Square, Suite 200
Santa Rosa, CA  95404-4922

          Re: Feng Chen v. Golden Eagle Group, Inc.
             Case # 3:07-cv-04433-CRB

Gentlemen:

  I have been appointed by the District Court as the mediator in this matter.  I will call you on Friday, December 14 at 9:30 a.m. to conduct a joint telephone conference to discuss such matters as the scheduling of the mediation session, the procedure to be followed, the nature of the case, and which client representatives will attend.  I note that the court has set February 14, 2008 as the deadline for the mediation, so you should be giving some thought to when you'd like to meet for mediation.  Please familiarize yourselves with ADR Local Rules, Rule 6, which relates to mediations in the Northern District.

  I know of nothing that would present a conflict of interest preventing me from accepting this assignment.  I do, however, want to tell counsel for defendant that I have been a mediator in three or four prior cases in which Adam Wang has represented restaurant employees in wage and hour cases against their restaurant employers.  If defense counsel have any difficulty with that fact, I ask that you let me now immediately, and I will recuse myself.

  Please let me know by return e-mail, copies to all others, if the time and date of my call present and problem for you.  If so, give me some proximate alternative times and dates.  Also, let me know whether Jeffrey Chen or Gregory Walsh, or both, will participate in the telephone conference on behalf of defendant.

2

                                            Very truly yours,


                                            Jean C. Gaskill


c:  Alice M. Fiel, ADR Unit