ADAM WANG (STATE BAR NUMBER 201233)
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiff
Feng Chen

Jeffrey Chen (CSB#189514)
Law Offices of Jeffrey Chen
275 Fifth Street, 4th Floor
San Francisco, CA 94103
Telephone: (415) 348-6269
Facsimile: (415) 358-8046

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FENG CHEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10<br><br>        Defendants | Case No.: C07-04433 CRB<br><br>STIPULATION TO FILE AMENDED COMPLAINT & ORDER THEREON |

   Plaintiff, Feng Chen, and Defendants, Golden Eagle Group, Inc. dba Peking Palace and Wenying L Lo, through their respective counsel, stipulate that Plaintiff is allowed leave to file a First Amended Complaint as attached hereto as Exhibit 1, to add an additional plaintiff Gui Rui Guan.

DATED: Decemebr 21, 2007          By: /s/ Adam Wang
                                      ADAM WANG
                                      Attorneys for Plaintiff

**STIPULATION TO FILE FIRST AMENDED COMPLAINT**
<u>Chen v. Golden Eagle Group, Inc. et al.</u>

1                                                                    **C07-04433 CRB**

DATED: January 9, 2008                     By: /s/Jeffrey Chen
                                                         Jeffrey Chen
                                                         Attorneys for Defendants

_____

**[PROPOSED] ORDER**

    Pursuant to parties' stipulation, IT IS HEREBY ORDERED THAT Plaintiff is granted leave to file a First Amended Complaint.

    IT IS SO ORDERED.

Dated:   January _____, 2008                     By: _____
                                                                               Charles R. Breyer
                                                                             United States District Judge

2                    **C07-04433 CRB**
**STIPULATION TO FILE FIRST AMENDED COMPLAINT**
Chen v. Golden Eagle Group, Inc. et al.