ADAM WANG (STATE BAR NUMBER 201233)
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 292-1045

Attorney for Plaintiff
Feng Chen

Jeffrey Chen (CSB#189514)
Law Offices of Jeffrey Chen
275 Fifth Street, 4th Floor
San Francisco, CA 94103
Telephone:  (415) 348-6269
Facsimile:    (415) 358-8046

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FENG CHEN,<br><br>             Plaintiff,<br><br>     vs.<br><br>GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10<br><br>             Defendants | Case No.: C07-04433 CRB<br><br>STIPULATION TO FILE AMENDED COMPLAINT & ORDER THEREON |

   Plaintiff, Feng Chen, and Defendants, Golden Eagle Group, Inc. dba Peking Palace and Wenying L Lo, through their respective counsel, stipulate that Plaintiff is allowed leave to file a First Amended Complaint as attached hereto as Exhibit 1, to add an additional plaintiff Gui Rui Guan.

DATED:  Decemebr 21, 2007     By: /s/ Adam Wang
                                                        ADAM WANG
                                                        Attorneys for Plaintiff

1                                                       **C07-04433 CRB**

**STIPULATION TO FILE FIRST AMENDED COMPLAINT**
Chen v. Golden Eagle Group, Inc. et al.

1    DATED: January 9, 2008        By: /s/Jeffrey Chen
                                                                Jeffrey Chen
2                                                                      Attorneys for Defendants

_____

**[~~PROPOSED~~] ORDER**

    Pursuant to parties' stipulation, IT IS HEREBY ORDERED THAT Plaintiff is granted leave to file a First Amended Complaint.

    IT IS SO ORDERED.

Dated:   January 11, 2008           By: _____
                                                          Charles R. Breyer
                                                          United States District Judge



STIPULATION TO FILE FIRST AMENDED COMPLAINT
Chen v. Golden Eagle Group, Inc. et al.

2            **C07-04433 CRB**