**United States District Court**

Northern District of California

United States District Court
Northern District of California

Chen,

      Plaintiff(s),

      v.

Golden Eagle Group, Inc.,

      Defendant(s).

No. C 07-04433 CRB MED

**Certification of ADR Session**

*Instructions:  The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _2/4/08_

2.  Did the case settle?      ☐ fully      ☐ partially      ☑ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _POSSIBLY – FURTHER TALKS W/CLIENT_

    ☐ phone discussions expected by (date) _____

    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**      ☐ YES      ☐ NO    ☑ _PROBABLY_

Dated: _2/5/08_

                         **Mediator, Jean C. Gaskill**
                         Attorney at Law
                         1251 Bay St.
                         Alameda, CA 94501

**Certification of ADR Session**
07-04433 CRB MED