ADAM WANG (STATE BAR NUMBER 201233)
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 292-1045

Attorney for Plaintiffs
Feng Chen & Gui Rui Guan

Jeffrey Chen (CSB#189514)
Law Offices of Jeffrey Chen
275 Fifth Street, 4th Floor
San Francisco, CA 94103
Telephone:  (415) 348-6269
Facsimile:    (415) 358-8046

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FENG CHEN,<br><br>          Plaintiff,<br><br>     vs.<br><br>GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10<br><br>          Defendants | Case No.: C07-04433 CRB<br><br>STIPULATION TO REFER THE CASE TO EARLY SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE |

   Plaintiffs, Feng Chen and Gui Rui Guan , and Defendants, Golden Eagle Group, Inc. dba Peking Palace and Wenying L Lo, through their respective counsel, hereby stipulate as follows:

1. Parties have participated in a mediation on February 4, 2008.  Although the mediation did not result in a settlement, parties had productive and frank exchanges of respective positions and views of the case.

2. Parties are willing to engage further discussions to explore possibilities of settlement without incurring unnecessary costs.  Parties and their respective attorneys believe an early settlement conference with a magistrate judge will be particularly productive at

this point.  As such, parties hereby stipulate and request that the Court refer this case to a magistrate judge for an early settlement conference.

DATED:  February 11, 2008      By: /s/ Adam Wang
                                      ADAM WANG
                                      Attorneys for Plaintiffs

DATED:  February 12, 2008      By: /s/Jeffrey Chen
                                      Jeffrey Chen
                                      Attorneys for Defendants

_____

### [PROPOSED] ORDER

Pursuant to parties' stipulation, the Court hereby refers this case to Magistrate Judge _____ for settlement conference.  Parties are ordered to contact Judge _____ chambers to schedule a conference before _____, 2008.

IT IS SO ORDERED.

Dated:  February _____, 2008      By:  _____
                                                    Charles R. Breyer
                                                    United States District Judge