ADAM WANG (STATE BAR NUMBER 201233)
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiffs
Feng Chen & Gui Rui Guan

Jeffrey Chen (CSB#189514)
Law Offices of Jeffrey Chen
275 Fifth Street, 4th Floor
San Francisco, CA 94103
Telephone: (415) 348-6269
Facsimile: (415) 358-8046

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| FENG CHEN,<br><br>                Plaintiff,<br><br>        vs.<br><br>GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10<br><br>                Defendants | Case No.: C07-04433 CRB<br><br>STIPULATION TO REFER THE CASE TO EARLY SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE |
|---|---|

Plaintiffs, Feng Chen and Gui Rui Guan , and Defendants, Golden Eagle Group, Inc. dba Peking Palace and Wenying L Lo, through their respective counsel, hereby stipulate as follows:

1. Parties have participated in a mediation on February 4, 2008. Although the mediation did not result in a settlement, parties had productive and frank exchanges of respective positions and views of the case.

2. Parties are willing to engage further discussions to explore possibilities of settlement without incurring unnecessary costs. Parties and their respective attorneys believe an early settlement conference with a magistrate judge will be particularly productive at

1  this point.  As such, parties hereby stipulate and request that the Court refer this case

2  to a magistrate judge for an early settlement conference.

3

4  DATED:  February 11, 2008         By: /s/ Adam Wang
                                          ADAM WANG
5                                         Attorneys for Plaintiffs

6

7  DATED:  February 12, 2008         By: /s/Jeffrey Chen
                                          Jeffrey Chen
8                                         Attorneys for Defendants

9

10

11
   _____
12                  [PROPOSED] ORDER

13

14      Pursuant to parties' stipulation, the Court hereby refers this case to Magistrate Judge

15  (to be assigned at random) for settlement conference.  Parties are ordered to contact Judge

16  the assigned magistrate chambers to schedule a conference before _____, 2008.

17      IT IS SO ORDERED.

18
   Dated:   February _14_, 2008        By: _____
19                                         Charles R. Breyer
                                           United States D
20

21

22

23

24

25

**STIPULATION FOR EARLY SETTLEMENT CONFERENCE**
Chen v. Golden Eagle Group, Inc. et al.