**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C-07-04433** CRB

   **FENG CHEN  v.  GOLDEN EAGLE GROUP, INC., ET AL**

Attorneys:    Adam Wang                               Jeffrey Chen

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Not Reported**

**PROCEEDINGS:**                                                               **RULING:**

1.  Further Case Management Conference  -  Held

2.  

3.  

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(X) Referred to Magistrate Judge Maria-Elena James for: Settlement

(X) CASE CONTINUED TO  April 25, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____     Expert Discovery Cut-Off _____
Plntf to Name Experts by _____      Deft to Name Experts by _____
P/T Conference Date _____     Trial Date _____   Set for _____ days
                              Type of Trial:   ( )Jury    ( )Court

Notes: _____