**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 25, 2008**

**C-07-04433** CRB

**FENG CHEN  v.  GOLDEN EAGLE GROUP, INC., ET AL**

Attorneys:     No Appearance                              Jeffrey Chen

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Not Reported**

**PROCEEDINGS:**                                                                                    **RULING:**

1.  Further Case Management Conference  -    Held

2.

3.

**ORDERED AFTER HEARING:**

 Counsel to advise the Court if bankruptcy is filed

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For:

(X) CASE CONTINUED TO May 16, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____     Deft to Name Experts by _____
P/T Conference Date _____     Trial Date _____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: