```
 1  JEFFREY A. CHEN, ESQ. (CSB #189514)
    Law Offices of Jeffrey A. Chen
 2  275 Fifth Street, 4th Floor
    San Francisco, California  94103
 3  Telephone: (415) 348-6269
    Facsimile: (415) 358-8046
 4
    Attorney for Defendants
 5  GOLDEN EAGLE GROUP, INC. DBA
    PEKING PALACE AND WEN-YING LIN LO
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENG CHEN, | Case No.: C07 04433 JL |
| Plaintiff, | SUBSTITUTION OF ATTORNEY TO IN PROPRIA PERSONA |
| vs. | |
| GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10, | |
| Defendants. | |

Defendants GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE and WEN-YING LIN LO (incorrectly named as WENYING L LO) hereby substitute themselves as in propria persona in place and stead of Jeffrey A. Chen, Esq.

1

2  Dated: May 8, 2008

3                                                           Golden Eagle Group, Inc.
                                                            dba Peking Palace
4
                                                            _____
                                                            Wen-Ying Lin Lo, President
5

6  Dated: May 8, 2008

7                                                           _____
                                                            Wen-Ying Lin Lo, Individually
8

9    I consent to this substitution.

10

11  Dated: May 8, 2008                                      Law Offices of Jeffrey A. Chen

12
                                                            _____
13                                                          Jeffrey A. Chen, Esq.

14

15

16

17

18

19

20

21

22

23

24

25

**PROOF OF SERVICE**

I declare that:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 275 Fifth Street, 4th Floor, San Francisco, California 94103.

On May 9, 2008, I served the attached **DEFENDANTS' SUBSTITUTION OF ATTORNEY TO IN PROPRIA PERSONA** by placing true copies thereof in sealed envelopes addressed as follows:

Adam Wang, Esq.
Law Offices of Adam Wang
12 South First Street, Suite 613
San Jose, CA 95113
Fax No.: (408) 292-1045

__X__ (By Mail) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practice of the Law Offices of Jeffrey A. Chen for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

_____ (By Overnight Mail) I caused such envelope deposited with Federal Express for next business day delivery to the addressee(s) noted above.

_____ (By Personal Service) I caused such envelope to be hand-delivered by a messenger to the addressee(s) noted above, or be left with the receptionist or with a person having charge of the attorney's office.

_____ (By Facsimile) I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 9, 2008, at San Francisco, California.

_____
Jeffrey A. Chen