ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FENG CHEN, ET AL<br><br>      Plaintiff,<br><br>  vs.<br><br>GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10<br><br>      Defendants | Case No.: C07-04433 CRB<br><br>OBJECTION TO SUBSTITUTION OF ATTORNEY OF DEFENDANTS & ORDER |

On May 9, 2008, Defendants filed a Substitution of Attorney (Docket #28), whereby individual Defendant WEN-YING LIN LO substitutes as attorney of record for Defendant Golden Eagle Group Inc. dba Peking Palace in stead and place of Jeffery Chen, Esq. This substitution is impermissible as WEN-YING LIN LO, a non-lawyer, is precluded from appearing pro se on behalf of another person under 28 U.S.C. § 1654. See National Independent Theatre Exhibitors, Inc. v. Buena Vista Distribution Co., 748 F.2d 602 (11th Cir. 1984). Failure to appoint a legally licensed attorney to represent it by a corporate litigant shall result in such corporate litigant being treated as in default. Batac Dev. Corp. v. B & R Consultants, Inc., 2000 U.S. Dist. LEXIS 3695 (S.D. N.Y. 2000).

The May 9, 2008 Substitution also seeks for WEN-YING LIN LO to appear pro se on behalf of herself in stead and in place of Jeffery Chen, Esq. While WEN-YING LIN LO is permitted

1     **C07-04433 CRB**
**OBJECTION TO SUBSTITUTION OF DEFENDANTS' ATTORNEY**
**Chen v. Golden Eagle Group, Inc. et al.**

1 to appear pro se on her own behalf, she did not enter on record her address, telephone number, and
2 fax number where she is to be noticed and/or reached.

4 DATED: November 24, 2007        By: /s/ Adam Wang
                                          ADAM WANG
5                                         Attorneys for Plaintiffs

_____

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that as a non-lawyer, WEN-YING LIN LO is not permitted to appear pro se on behalf of Golden Eagle Inc. dba Peking Palace. As such, Defendant Golden Eagle Inc. dba Peking Palace is ordered to appoint a duly licensed attorney of record no later than _____, 2008. Should Defendant Golden Eagle Inc. dba Peking Palace fail to appoint a licensed attorney of record by such date, a default should be entered against it.

IT IS FURTHER ORDERED that Defendant WEN-YING LIN LO should put on the record her address, telephone number and fax number where she is to be noticed and/or reached for the purpose of this case. No later than 7 days from today's date, WEN-YING LIN LO should file a notice containing such information.

Before Golden Eagle Inc. dba Peking Palace appoints a qualified attorney of record, and before WEN-YING LIN LO files a notice of addresses, telephone number and fax number where she is to be noticed or reached for the purpose of this case, papers in this case should continued to be served on Jeffery Chen, Esq. pursuant to Civil Local Rule 11-5(b).

IT IS SO ORDERED.

Dated: May _____, 2008                    _____
                                          CHARLES R. BREYER
                                          United States District Judge

**OBJECTION TO SUBSTITUTION OF DEFENDANTS' ATTORNEY**
Chen v. Golden Eagle Group, Inc. et al.