**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 16, 2008**

**C-07-04433** CRB

**FENG CHEN** v. **GOLDEN EAGLE GROUP, INC., ET AL**

Attorneys:     Adam Wang

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                    **RULING:**

1.  Further Case Management Conference  - Held

2.

3.

**ORDERED AFTER HEARING:**

 Counsel Gregory Welsh to be present with client Ms. Lo at the next case management conference

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO May 30, 2008 @ 8:30  a.m.     For Further Case Management Conference

Discovery Cut-Off _____                           Expert Discovery Cut-Off _____
Plntf to Name Experts by _____              Deft to Name Experts by _____
P/T Conference Date _____         Trial Date _____         Set for _____ days
                                    Type of Trial:  ( )Jury    ( )Court

Notes: _____