1  Brian Y.K. Ching, ESQ, State Bar Number 079456
   Law Offices of Brian Y.K. Ching
2  1412 Powell Street, Suite #A
   San Francisco, CA 94133
3  Telephone: (415) 956-9268
4  Fax: (415) 956-9568

5  Attorney for Defendants
   GOLDEN EAGLE GROUP, INC. DBA
6  PEKING PALACE AND WEN-YING LIN LO

7

8

9

10
                    **UNITED STATES DISTRICT COURT**
11
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

13 _____
   FENG CHEN,                      )   Case No.:  C07 04433JL
14                                 )
              Plaintiff,           )   **SUBSTITUTION OF ATTORNEY**
15                                 )
                                   )
16        vs.                      )
                                   )
17 GOLDEN EAGLE GROUP, INC.        )
   DBAPEKING PALACE,               )
18 WEN-YING LIN LO                 )
                                   )
19                                 )
              Defendants           )
20 _____)

21 _____

22
         Defendants GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE and WEN-
23
   YING LIN LO hereby substitute Brian Y.K. Ching, Esq., California State Bar Number 079456,
24
   who is retained counsel and located at 1412 Powell Street, Suite A, San Francisco, California
25
   94133, telephone (415) 956-9268, as attorney of record in place and stead of WEN-YING LIN
26
27 LO.

28

---

SUBSTITUTION OF ATTORNEY              - 1 -

1  Dated: 5-17-08

2                                          Golden Eagle Group, Inc.
3                                          dba Peking Palace

4                                          _____
                                           Wen-Ying Lin Lo, President
5
6  Dated: 5-17-08

7                                          _____
                                           Wen-Ying Lin Lo, Individual
8

9     I consent to this substitution and am duly licensed to practice in this district.

10 Dated: 5-15-08                           Law Offices of Brian Y.K. Ching
11

12                                         By _____
13                                         Brian Y.K. Ching, Esq.
                                           Attorney for Defendants
14                                         GOLDEN EAGLE GROUP, INC. DBA
                                           PEKING PALACE and WEN-YIN LIN LO
15

SUBSTITUTION OF ATTORNEY                    - 2 -