ADAM WANG, Bar No. 201233
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiffs
Feng Chen & Gui Rui Guan

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FENG CHEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GOLDEN EAGLE GROUP, INC. DBA PEKING PALACE, WENYING L LO, AND DOES 1-10<br><br>　　　　　Defendants | Case No.: C07-04433 CRB (MEJ)<br><br>REQUEST TO TAKE THE SETTLEMENT CONFERENCE OFF CALENDAR |

　　　　After the first mediation on February 4, 2008 before Mr. Gaskill appointed by the ADR Program of this Court, parties stipulated to have this case referred to an early settlement conference. On February 19, 2008, Judge Breyer issued an order referring this case for an early settlement conference. On March 21, 2008, this Court issued a notice setting the settlement conference on June 2, 2008.

　　　　Meanwhile, parties have chosen to participate in a private mediation with Judge Alex Saldamando on April 21, 2008. Parties have fully explored the benefits of ADR process, and were unable to research a settlement. Since then, Defendants have substituted in a new counsel who appeared on May 9, 2008, at 2:00 PM.

　　　　Given the failure of previous settlement efforts, including the recent private session with Judge Saldamando, Plaintiffs believe that it may not longer be the productive use of the Court's time and resources to proceed with the settlement conference currently scheduled on June 2, 2008.

In a much delayed telephone conversation with the Defendants' counsel today in response to Plaintiff's prior inquiries as to his intention concerning the Settlement Conference, Defendants' counsel concurred that a settlement conference at this point would be premature.

As such, Plaintiffs respectfully request that the Court take this matter off its June 2, 2008 calendar.

DATED: May 29, 2008

By: /s/ Adam Wang
ADAM WANG
Attorneys for Plaintiffs

_____

### [PROPOSED] ORDER

**GOOD CAUSE APPEARING,** IT IS HEREBY ORDERED that the Settlement Conference in this matter currently scheduled for June 2, 2008 at 2:00 PM is VACATED.

IT IS SO ORDERED.

Dated: May _____, 2008

By: _____
Maria-Elena James
United States Magistrate Judge

**REQUEST TO TAKE THE SETTLEMENT CONFERENCE OFF CALENDAR**
Chen v. Golden Eagle Group, Inc. et al.