**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 30, 2008**

**C-07-04433** CRB

**FENG CHEN** v. **GOLDEN EAGLE GROUP, INC., ET AL**

Attorneys:   Adam Wong                    Brian Ching

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Not Reported**

**PROCEEDINGS:**                                                                  **RULING:**

1.  Further Case Management Conference   -   Held

2.  _____

3.  _____

**ORDERED AFTER HEARING:**

The Court allows limited depositions to be taken but not to exceed one-half day each, plaintiff depositions to be take in the month of June.  In the event the matter proceeds to trial the Court will allow further depositions.  Motion to be filed within three week.

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO August 22, 2008 @ 10:00 a.m. for Motions

Discovery Cut-Off _____       Expert Discovery Cut-Off _____

Plntf to Name Experts by _____       Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____