IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENG CHEN, | No. C 07-04433 CRB |
|     Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| GOLDEN EAGLE GROUP, INC., ET AL, | |
|     Defendant. | |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated: August 25, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE