**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENG CHEN, et al., | No. C07-4433 CRB (EMC) |
| Plaintiffs, | |
| v. | CLERK'S NOTICE |
| GOLDEN EAGLE GROUP, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S FENG CHEN'S DEPOSITION** set for October 17, 2008 at 10:00 a.m. before Judge Charles R. Breyer is reset for **October 15, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by September 24, 2008.  Opposition shall be filed by October 1, 2008.

Dated: September 11, 2008                    FOR THE COURT,

                              Richard W. Wieking, Clerk


                           by: _____
                              Betty Fong
                              Courtroom Deputy