1  BRIAN Y.K. CHING, SBN 079456
   **Law Offices of Brian Y.K. Ching**
2  512 Westline Drive, #204
   Alameda, CA 94501
3  Telephone: 510-769-0200
   Telefax:   510-769-0335
4
   Attorneys for Defendants
5

6

7              UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  | FENG CHEN, and GUI RUI GUAN, | Case No. C07 04433 JL |
   |---|---|
10 | Plaintiffs, | PROOF OF SERVICE |
11 | vs. | |
12 | GOLDEN EAGLE GROUP, INC., dba PEKING PALACE, et al., | |
13 | | |
14 | Defendants. | |

-1-
PROOF OF SERVICE (MOTION TO COMPEL PLAINTIFF FENG CHEN'S DEPOSITION; EXHIBITS; POINTS & AUTHORITIES IN SUPPORT THEREOF)

# PROOF OF SERVICE

I, **Lizzette C. Reyes**, declare as follows:

I am a resident of the State of California and over the age of eighteen, and not a party to the within action; my business address is Law Offices of Brian Y.K. Ching, 512 Westline Drive, Suite 204, Alameda, CA 94501. On, I served the within documents:

MOTION TO COMPEL PLAINTIFF'S FENG CHEN'S DEPOSITION; EXHIBITS; POINTS & AUTHORITIES IN SPPORT THEREOF

☐ By transmitting via facsimile the above listed documents(s) to the fax number(s) set forth below on this date before 5:00 P.M.

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully paid, in the United States mail in Alameda, California, address(es) set forth below.

☐ By causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

    Adam Wang, Esq.
    12 South First Street, #613
    San Jose, CA 95113

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited within U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐ (State) I declare under penalty of perjury under the laws of California that the above is true and correct.

☒ (Federal) I declare under penalty of perjury that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on: **August 27, 2008**, Alameda, California.

/S/ _L.C.R._
**Lizzette C. Reyes**

-2-
PROOF OF SERVICE (MOTION TO COMPEL PLAINTIFF FENG CHEN'S DEPOSITION; EXHIBITS; POINTS & AUTHORITIES IN SUPPORT THEREOF)