IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENG CHEN,<br><br>       Plaintiff,<br><br>   v.<br><br>GOLDEN EAGLE GROUP, INC., et al.,<br><br>       Defendants. | No. C 07-4433 CRB<br><br>**ORDER DISMISSING CASE** |

Plaintiffs have agreed that the sole federal claim alleged in their complaint should be dismissed with prejudice.  Accordingly, it is hereby DISMISSED WITH PREJUDICE.  This Court further declines to exercise subject matter jurisdiction over the remaining claims under state law.  Therefore, those claims are DISMISSED for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: Sept. 17, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4433\Order dismissing.wpd